SLIP OPINION

Cite as 2013 Ark. 489

# SUPREME COURT OF ARKANSAS

IN RE JUDGES AND LAWYERS
ASSISTANCE PROGRAM

**Opinion Delivered** November 21, 2013

## PER CURIAM

On November 11, 2010, this court adopted a per curiam order implementing a three-year "pilot program" in which law students at the University of Arkansas at Fayetteville School of Law and the University of Arkansas at Little Rock William H. Bowen School of Law would be covered by the Judges and Lawyers Assistance Program (JLAP). *In re Judges and Lawyers Assistance Program*, 2010 Ark. 443 (per curiam).

On November 7, 2013, in response to a petition by Michael S. Moore, chairman of the JLAP Committee, requesting that this court make the pilot program permanent, this court granted a temporary extension of the pilot program while the petition was pending.

We hereby grant a permanent extension of the pilot program. Accordingly, law students at the University of Arkansas at Fayetteville School of Law and the University of Arkansas at Little Rock William H. Bowen School of Law will be permanently covered by JLAP.

HOOFMAN, J., not participating.